DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7073
    Fax: (415) 436-6748
    wes.samples@usdoj.gov

Attorneys for Defendants

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III (SBN 95255)
thomas.loran@pillsburylaw.com
ELYSSA J. ROMINO (SBN 312922)
elyssa.romino@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Fax: (415) 983-1200

Attorneys for Plaintiffs

*(Additional Counsel listed on signature page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE INTERNATIONAL REFUGEE ASSISTANCE PROJECT, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, ET AL., <br><br> Defendants. | CASE NO. 3:19-cv-06809-MMC <br><br> **JOINT FURTHER CASE MANAGEMENT STATEMENT** |

**JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**
3:19-cv-06809-MMC                                                                                                                                      1

Pursuant to Court's instruction at the February 14, 2020 Initial Case Management Conference, the Civil Minutes following the February 14, 2020 Initial Case Management Conference (Dkt. 24), and Local Rule 16-10, Plaintiffs the International Refugee Assistance Project, Muslim Advocates, and ACLU of Northern California and Defendants the Federal Bureau of Investigation ("FBI"), the United States Department of Homeland Security ("DHS"), the United States Department of Justice ("DOJ"), and the United States Department of State ("DOS") (collectively, the "Parties") submit the following joint further case management conference statement.

**I.      Progress and Changes Since the February 14, 2020 Initial Case Management Conference**

Since the February 14, 2020 Initial Case Management Conference, the Parties have met and conferred several times, and exchanged correspondence in an effort to narrow the issues, as reflected in six previous Joint Status Reports ("JSRs").  *See* Dkt. Nos. 29, 30, 31, 36, 38, 40.

On April 2, 2020 the Court granted DOS and FBI's Unopposed Administrative Motion to Stay. *See* Dkt. 27 (Administrative Motion to Stay) and Dkt. 28 (Order).  The stay ended on June 1, 2020. Following the end of the stay and the filing of the June JSR, Plaintiffs requested and the Parties participated in a telephonic joint status conference on June 16, 2020.

Since the June 16, 2020 telephonic joint status conference, the Parties have continued to meet and confer and have filed three JSRs reporting on their progress and the status of the case.  *See* Dkt. Nos. 46, 38, 40   The Parties filed their most recent JSR on September 8, 2020 (Dkt. 40).  As documented in the September JSR, each Defendant is in varying stages of completing review and production of records responsive to Plaintiffs' FOIA Request.  The September JSR also identifies several issues about which the Parties continue to meet and confer and would like to address with the Court at the upcoming Case Management Conference:  (i) Defendant DHS's proposal, sent to Plaintiffs on September 9, 2020, for narrowing searches to reduce the size of data returned from the searches noted in the July JSR, as well as the timeline regarding review and processing of responsive records,

**JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**
3:19-cv-06809-MMC                                                                                                                       2

including its position that it will not expedite processing of Plaintiffs' FOIA Request[1]; (ii) the pace of Defendant FBI's processing of documents requiring consultation with other government agencies; and (iii) Defendant DOS's timeline for and progress on review and processing of documents on its classified database, and Plaintiffs' request to DOS for an explanation of the search terms used by DOS.

DATED: September 11, 2020            Respectfully submitted,

                                     DAVID L. ANDERSON
                                     United States Attorney

                                     */s/ J. Wesley Samples*            [2]
                                     J. WESLEY SAMPLES
                                     Assistant United States Attorneys

                                     Attorneys for Defendants

DATED: September 11, 2020            Respectfully submitted,

                                     */s/Elyssa J. Romino*
                                     THOMAS V. LORAN III
                                     ELYSSA J. ROMINO

                                     Attorneys for Plaintiffs

                                     ADDITIONAL COUNSEL

                                     MUSLIM ADVOCATES
                                     MATTHEW W. CALLAHAN (SBN 307782)
                                     matthew@muslimadvocates.org
                                     P.O. Box 34440
                                     Washington, DC  20043
                                     Telephone: (202) 897-2622
                                     Fax: (202) 508-1007

                                     INTERNATIONAL REFUGEE ASSISTANCE PROJECT
                                     MELISSA S. KEANEY (SBN 265306)
                                     mkeaney@refugeerights.org
                                     PO Box 2291
                                     Fair Oaks, CA 95628

---

[1] Plaintiffs are considering the proposal.

[2] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**
3:19-cv-06809-MMC                                                                3

Telephone: (916) 546-6125

ACLU OF NORTHERN CALIFORNIA
SEAN RIORDAN (SBN 255752)
SRiordan@aclunc.org
39 Drumm Street
San Francisco, CA  94105
Telephone:  (415) 621-2493
Fax:  (415) 255-1478

Attorneys for Plaintiffs

**JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**
3:19-cv-06809-MMC                                                                                   4

4813-3235-1434